AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BALDOCK, Bobby R. | 2. Court or Organization<br><br>U.S. Court of Appeals-10th Cir | 3. Date of Report<br><br>05/03/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>P.O. Box 2388<br>Roswell, New Mexico 88202-2388 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Arizona | March 2-4, 2017 | Tucson, AZ | Received University of Arizona Alumni Association Public Service Award | Meals, hotel |
| 2. | Wm. Matthew Byrne, Jr., Judicial Clerkship Institute | March 15-17, 2017 | Malibu, CA | Speaker | Transportation, meals, hotel |
| 3. | The Blackstone Legal Fellowship | August 1-3, 2017 | Washington, DC | Speaker | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 05/03/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRA (H) | | | | | | | | | |
| 2. -XCEL (aka XCEL Energy Inc.) | B | Dividend | L | T | | | | | |
| 3. -Lord Abbett Total Return Fund CL A | B | Dividend | K | T | | | | | |
| 4. -Merrill Lynch Retirement Reserves - See VIII | A | Dividend | K | T | | | | | |
| 5. Hunker Commune (Holly, Bluestem, Rio Oil & Gas, COG Operating) | A | Royalty | J | W | | | | | |
| 6. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 7. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 8. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 9. Silver and silver coins | | None | J | T | | | | | |
| 10. Gold coins | | None | J | T | | | | | |
| 11. Navajo, Hockley County, TX | A | Royalty | J | W | | | | | |
| 12. Pioneer Savings Bank | A | Interest | M | T | | | | | |
| 13. Working interest in Hodges - Hockley County, TX | A | Royalty | J | T | | | | | |
| 14. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 15. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 16. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 17. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 19. Cash Value Life Insurance, AXA Equitable(Money Market Acct) | A | Interest | J | T | | | | | |
| 20. Oil & Gas Items: (H) | | | | | | | | | |
| 21. XTO Energy Production | A | Royalty | J | W | | | | | |
| 22. BP Am Production Company | A | Royalty | K | W | | | | | |
| 23. Conoco Phillips* - (now known as Hilcorp San Juan, L.P.) - See VIII | C | Royalty | K | W | | | | | |
| 24. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 25. Great Western Drillling Company | A | Royalty | K | W | | | | | |
| 26. El Paso Production Company -(Finley Resources, Inc.) | B | Royalty | J | W | | | | | |
| 27. Working interest in Mewbourne Oil, Eddy County, NM | A | Royalty | J | W | | | | | |
| 28. Merrill Lynch (H) - See VIII | | | | | | | | | |
| 29. - ISHARES MSCI EAFE | A | Dividend | L | T | Buy (add'l) | 01/23/17 | K | | |
| 30. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 31. -ISHARES IBOXX$ INVT GRADE CORP BD FUND | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 32. - ISHARES MBS | A | Dividend | L | T | Buy (add'l) | 01/24/17 | K | | |
| 33. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 34. -ISHARES IBOXX$ HIGH YIEL CORPORATE BOND FUND | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ISHARES 3-7 YEAR TREASURY BOND ETF | A | Dividend | K | T | | | | | |
| 36. -POWERSHARES EM SOVEREIGN BOND-See VIII | A | Dividend | K | T | Buy (add'l) | 01/24/17 | J | | |
| 37. -VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | L | T | Buy (add'l) | 01/23/17 | J | | |
| 38. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 39. -VANGUARD SHORT TERM BOND | A | Dividend | L | T | Buy (add'l) | 01/23/17 | K | | |
| 40. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 41. -VANGUARD SMALL CAP VALUE | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 42. | | | | | Sold (part) | 05/17/17 | J | A | |
| 43. -VANGUARD SMALL CAP GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 44. | | | | | Sold (part) | 05/17/17 | J | A | |
| 45. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | Distributed (part) | 12/31/17 | K | | |
| 46. -POWERSHARES PREFERRED PORTFOLIO | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 47. -VANGUARD VALUE ETF | A | Dividend | M | T | Sold (part) | 01/24/17 | K | B | |
| 48. | | | | | Sold (part) | 05/17/17 | J | A | |
| 49. -VANGUARD GROWTH ETF | A | Dividend | L | T | Sold (part) | 01/24/17 | K | B | |
| 50. | | | | | Sold (part) | 05/17/17 | J | A | |
| 51. -VANECK VECTORS JP MORGAN EM - See VIII | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy (add'l) | 01/24/17 | J | | |
| 53. | | | | | Buy (add'l) | 01/24/17 | J | | |
| 54. -ISHARES TIPS BOND ETF | A | Dividend | K | T | Sold (part) | 01/24/17 | J | A | |
| 55. ALLSTATE ANNUITY - FIXED | F | Distribution | M | T | Distributed (part) | 03/13/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 5, line 23, Hilcorp San Juan, L.P. acquired ConocoPhillips' interest July 2017. ConocoPhillips will not be listed in 2018.

Part VII, Page 5, line 28 - Previously listed as "Trust #1 (H)". Trust assets distributed last year. Will now be listed as "Merrill Lynch (H)".

Part VII, Page 6, Line 51 - Now called Vaneck Vectors JP Morgan EM. ("Market Vectors J.P.Morgan EM Local Currency Bond ETF" merged with "Vaneck Vectors JP Morgan EM" on May 2, 2016 as noted on Page 9, line 95 of 2016 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 05/03/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544